UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DELFINA VASQUEZ,<br><br>Defendant. | CASE NO.: 24-cr-1143-H<br><br>**ORDER GRANTING JOINT MOTION TO ADVANCE SENTENCING** |

Pursuant to Joint Motion and good cause appearing, IT IS HEREBY ORDERED that the Sentencing Hearing currently set for September 16, 2024, be advanced to **September 9, 2024, at 9:00 a.m.** Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(A), (h)(1)(D), and (h)(7).

**IT IS SO ORDERED.**

DATED: 8/26/2024

_____
HON. MARILYN L. HUFF
United States District Judge